IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ARTHUR TAYLOR, JR.,

    Plaintiff,

v.                               Civil Action No. 3:17CV447

HAROLD CLARK, et al.,

    Defendants.

## MEMORANDUM OPINION

Arthur Taylor, Jr., a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Taylor failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on February 26, 2018, the Court directed Taylor to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Taylor that the failure to submit the particularized complaint would result in the dismissal of the action.

Thereafter, on March 20, 2018, the Court granted Taylor a forty-five (45) extension of time to file a particularized complaint. More than forty-five (45) days have elapsed since the entry of the March 20, 2018 Memorandum Order and Taylor has not filed a particularized complaint. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Taylor.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: May 8, 2018
Richmond, Virginia